# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JOHN LAMAR SIMPSON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-6 |
| | * | |
| v. | * | |
| | * | |
| JOHN WICKER; ROBERT TOOLE; and | * | |
| BENJAMIN FORD, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on

AO 72A
(Rev. 8/82)

appeal.

    **SO ORDERED**, this \_\_23\_\_ day of \_\_March\_\_, 2021.

                              HON. LISA GODBEY WOOD, JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)