AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN LAMAR SIMPSON,

    Plaintiff,

v.

JOHN WICKER; ROBERT TOOLE; and BENJAMIN FORD,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:21-CV-6

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order of the Court dated March 23, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. Therefore, Plaintiff's complaint is DISMISSED without prejudice, and Plaintiff is DENIED in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 25, 2021

Clerk: John E. Triplett, Acting Clerk of Court

(By) Deputy Clerk

GAS Rev 10/1/03