# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| JOHN LAMAR SIMPSON, | * |
| Plaintiff, | *  CIVIL ACTION NO.: 5:21-cv-6 |
| v. | * |
| JOSH WICKER; ROBERT TOOLE; and BENJAMIN FORD, | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 19. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's Complaint for failure to exhaust his available administrative remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES**

Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___7___ day of ___October___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)